UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL JOHNSON | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-0322 |
| v. | : | (JUDGE MANNION) |
| | : | |
| PA BD OF PROB ANDPAROLE, | : | |
| Respondents | : | |
| | : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: January 5, 2022
21-0322-01